# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2023

*The Court of Appeals hereby passes the following order*

**A24I0017. DISTRIBUTION SERVICES INTERNATIONAL, INC et al v. EVANS GENERAL CONTRACTORS, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SPCV1801022



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, September 06, 2023.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*